# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140461 & (18)

CHEMICAL BANK f/k/a CHEMICAL
BANK SHORELINE,
        Plaintiff-Appellee,

v

                            SC:    140461
                            CoA:  293745

DAVID DUFFY, CPA & COMPANY,
PLLC and DAVID L. DUFFY,
        Defendants-Appellants.

Van Buren CC: 09-58-139-NM

_____

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

Clerk